UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| EST. OF JOHN McINTYRE, et al, | Civil Action Nos.: |
| EST. OF MICHAEL DONAHUE, et al, | 01-CV-10408-RCL |
| EST. OF E. BRIAN HALLORAN, et al, | 01-CV-10433-RCL |
| EST. OF ROGER WHEELER, et al, | 01-CV-11346-RCL |
| EST. OF RICHARD CASTUCCI, et al, | 02-CV-10464-RCL |
| EST. OF LOUIS LITIF, et al, | 02-CV-11312-RCL |
| EST. OF WILLIAM BENNETT, et al, | 02-CV-11791-RCL |
| EST. OF DEBRA DAVIS, et al, | 02-CV-11802-RCL |
| EST. OF JOHN B. CALLAHAN, et al, | 02-CV-11911-RCL |
| EST. OF DEBORAH HUSSEY, et al, | 02-CV-12372-RCL |
| Plaintiffs, | 03-CV-10087-RCL |
| v. |  |
| UNITED STATES OF AMERICA, et al, |  |
| Defendants. |  |

## MOTION OF JOHN M. MORRIS TO JOIN CONSOLIDATED MOTION OF INDIVIDUAL DEFENDANTS TO DISMISS BASED ON QUALIFIED IMMUNITY

Defendant John M. Morris ("Morris"), a named Defendant in the above-captioned actions, hereby moves to join the Motion filed by the individual Defendants to dismiss based on claim of qualified immunity. Morris adopts the reasoning and facts supporting the Motion filed by the individual Defendants.

Respectfully submitted this 27th day of June, 2003.

John M. Morris, Pro Se

**CERTIFICATE OF SERVICE**

I, John M. Morris, certify that on the date shown below, I made service of the foregoing document, by causing a copy thereof to be mailed, postage prepaid, to all counsel of record.

*/s/ John M. Morris*
John M. Morris, Pro Se

Dated: June 27th, 2003