UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ESTATE. OF LOUIS R. LITIF, ET AL.<br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.<br>Defendant. | DOCKET NO: 02-CV-11791 |

### DEFENDANT, LAWRENCE SARHATT'S MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM

NOW COMES defendant, Lawrence Sarhatt and hereby requests leave to file a short reply memorandum in support of his pending motion for summary judgment. As grounds for this motion, defendant states that plaintiffs recently filed an opposition to defendant, Sarhatt's motion for summary judgment and that a short reply brief is necessary in order to address the contentions raised in the opposition. Defendant submits that his reply memorandum will not exceed three (3) pages and will assist the court in addressing the motion.

WHEREFORE, the defendant, Lawrence Sarhatt, respectfully requests that his Motion for Leave to File a Reply Memorandum in support of his pending motion for summary judgment be **ALLOWED**.

Respectfully submitted,
The Defendant,
LAWRENCE SARHATT
By his attorneys,
**MORRISON MAHONEY LLP**
/s/Tory A. Weigand

_____
Tory A. Weigand, BBO #548553
250 Summer Street
Boston, MA  02210
617-439-7500

Dated:  January 14, 2005

955075v1