# EXHIBIT "A"

# In The Matter Of:

*The Estates of Davis, Hussey and Latif, et al v.*
*United States of America*

*Vol. 1*
*July 1, 2009*
*Bench Trial - Excerpts*

*Donald E. Womack*
*P.O. Box 51062*
*Boston, MA 02205-1062*

Original File 070109pf.txt
**Min-U-Script® with Word Index**

1

1   UNITED STATES DISTRICT COURT
    FOR THE DISTRICT OF MASSACHUSETTS

2

3

4   * * * * * * * * * * * * * * * * * * CIVIL ACTION NO.
    THE ESTATE OF DEBRA DAVIS,           * 02-11911-WGY
    THE ESTATE OF DEBORAH HUSSEY, et al., * 03-10087-WGY
5   THE ESTATE OF LOUIS LITIF, et al.,   * 02-11791-WGY
                                         *
6        Plaintiffs,                     *
                                         *
7   v.                                   *
                                         *
8   THE UNITED STATES OF AMERICA, et al., *
                                         *
9        Defendants.                     *
                                         *
10  * * * * * * * * * * * * * * * * * * *
                     BENCH TRIAL - VOLUME 1
11                       (Excerpts)

12           BEFORE:   The Honorable William G. Young,
                           District Judge

13

14  APPEARANCES:

15           MINGACE & HEINEMAN, P.C. (By Michael J.
    Heineman, Esq.), 284 Union Avenue, Framingham,
16  Massachusetts 01702
             - and -
17           PAUL J. GRIFFIN, ESQ., 487 Adams Street,
    Milton, Massachusetts 02186, on behalf of Debra
18  Davis

19           LAW OFFICE OF ANN M. DONOVAN (By Ann M.
    Donovan, Esq.), 1087 Beacon Street, Suite 204,
20  Newton, Massachusetts 02459, on behalf of the
    Estate of Deborah Hussey, et al.

21
             EDWARD E. BERKIN, ESQ., 92 State Street,
22  6th Floor, Boston, Massachusetts 02109-2027, on
    behalf of the Estate of Louis Litif, et al.

23

24                                1 Courthouse Way
                                  Boston, Massachusetts
25

                                  July 1, 2009

**Bench Trial - Excerpts**

2

1          A P P E A R A N C E S  (Cont'd)

2

3          BRIDGET BAILEY LIPSCOMB, LAWRENCE EISER and
   DANIEL M. BAEZA, Attorneys, Torts Branch, Civil
   Division, U.S. Department of Justice, 1331

4   Pennsylvania Avenue, N.W., Washington, D.C. 20044,
   on behalf of the Defendants

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Bench Trial - Excerpts

3

1                          I N D E X

2

3   Opening Statement by Mr. Heineman . . . . . . . . . .   8

4   Opening Statement by Ms. Donovan  . . . . . . . . . . 15

5   Opening Statement by Mr. Berkin . . . . . . . . . . . 23

6   Opening Statement by Mr. Eiser  . . . . . . . . . . . 33

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

32

1   divert attention away from anybody investigating the Litif

2   murder by going, by communicating with the daughter of a

3   person who went missing, supposedly a witness to the murder

4   that Litif was accused of.  And they can't find the body.

5   The family is trying to find out what happened to their

6   father, their husband.  And they go to Connolly and he says

7   he's dead.  Now, this is only a year or so after this

8   person, Mr. Conrad, went missing.

9           Now, how does Connolly know he's dead?  Connolly

10  intercedes on behalf of the family with a life insurance

11  company and writes a letter and says to them, well, I don't

12  know exactly what he said, but says enough to them that the

13  insurance company buys the argument that he's dead and

14  issues the proceeds, your Honor.

15          THE COURT:  Thank you.

16          MR. BERKIN:  Taken all together, Bulger did it,

17  Connolly leaked the information.

18          THE COURT:  Thank you.

19          Mr. Eiser?  I would like -- you don't really need

20  to make an opening but I would be favored by one.  And I

21  need -- what I want to ask you, I've been throwing back to

22  plaintiffs' counsel restatements of their theories.  And by

23  and large they accept them.  Mr. Heineman says there are

24  additional theories, but I've been throwing back ones that I

25  grasp.

Bench Trial - Excerpts

33

1        Am I wrong on the law?  Am I wrong on the law?  I'm

2  trying to get the legal framework --

3        MR. EISER:  Which --

4        THE COURT:  -- set.

5        MR. EISER:  Which theory?

6        THE COURT:  The theory that if they can prove that

7  agents, corrupt or not, of the FBI having established an

8  informant relationship with Bulger and Flemmi, thereafter

9  knew or a reasonable agent should have known that Bulger and

10  Flemmi, those two, were continuing to commit murder, put

11  everything else to one side, extortion, everything else,

12  were continuing to commit murder and had the ability to,

13  normal law enforcement channels, to apprehend them, and did

14  not.  Then is it not reasonably foreseeable that other

15  people murdered by Bulger and Flemmi, is that not such

16  negligence that it is reasonably foreseeable the government

17  would be liable for people later murdered by Bulger and

18  Flemmi.

19        What about that?

20        MR. EISER:  No.

21        THE COURT:  That's not right?

22        MR. EISER:  In every particular practically.  First

23  of all, there's --

24        THE COURT:  So that's where you ought to start.

25        MR. EISER:  Yes.  There's no evidence that the FBI

Bench Trial - Excerpts

43

1            THE COURT:   It's their burden to show the contrary.

2            MR. EISER:   Yes.

3            THE COURT:   I see.   I see.

4            MR. EISER:   And again these defendants, Marion

5    Hussey is going to say I had no idea, as she says, I had no

6    idea my daughter was dead.   She'll say I had no idea that my

7    daughter was in danger of being killed by Stephen Flemmi.

8    The FBI should have known, but I didn't know.   Even though,

9    and she'll testify, Flemmi molested both of her daughters,

10   involved both of her sons in crime, supported her for over

11   some 30 years in a mansion, a 20 room mansion with a pool,

12   tennis court, cabana.   That's all blood money coming to her

13   from Flemmi from his life of crime, and she comes in here

14   and says it's not my fault.   She protected, nurtured.   She

15   washed his clothes after he cut the teeth out of all these

16   people.   And she's going to blame the FBI, on this theory?

17   And we haven't even gotten to the problem yet.   They still

18   haven't addressed their problem.

19            This case is not under the Massachusetts Wrongful

20   Death Act.   This is a suspension bridge.   This case is

21   founded on the FTCA.   The FTCA says:   The district courts

22   shall have exclusive jurisdiction for civil actions on

23   claims against the United States for money damages for

24   injury or loss of property or personal injury or death

25   caused by the negligent or wrongful act or omission of any

59

1                    C E R T I F I C A T E

2

3

4          I, Donald E. Womack, Official Court Reporter for

5    the United States District Court for the District of

6    Massachusetts, do hereby certify that the foregoing portions

7    are a true and accurate transcription of my shorthand notes

8    taken in the aforementioned matter to the best of my skill

9    and ability.

10

11

12

13

14
                    _____
                         DONALD E. WOMACK
15                     Official Court Reporter
                          P.O. Box 51062
16               Boston, Massachusetts 02205-1062
                       womack@megatran.com
17

18

19

20

21

22

23

24

25