# EXHIBIT "B"

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Anna M. Litif, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, *et al.*, <br><br> Defendants. | Civil Action No. 02-11791-WGY |
| The Estate of Deborah Hussey, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, *et al.*, <br><br> Defendants. | Civil Action No. 03-10087-WGY |
| The Estate of Debra Davis, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, *et al.*, <br><br> Defendants. | Civil Action No. 02-11911 WGY |

## DECLARATION OF DANIEL M. DOHERTY

I, Daniel M. Doherty, declare and say:

1. I am currently employed as Supervisory Special Agent (Criminal Investigator) for the Department of Justice, Drug Enforcement Administration's (DEA) Boston Field Division. I have

been employed by DEA since approximately March 1984 and have been assigned to DEA's Boston Field Division for the duration of my career. I base this declaration on my personal knowledge; information made available to me in the performance of my official duties, including the advice of counsel; and my knowledge of the issues being litigated in this case.

2. I understand that the District Court has ordered the United States to produce the notes of Stephen Flemmi regarding cash payments to John Connolly which Stephen Flemmi created during his debriefings with myself and Lieutenant Stephen Johnson.

3. I searched for and found a copy of the notes of Stephen Flemmi regarding cash payments to John Connolly which were created during his debriefings in my working trial file from the recent Connolly prosecution. In addition, I requested a copy of the notes from the State Attorney's Office for Miami – Dade County, Florida (who prosecuted John Connolly) and was provided a copy of the same notes (bates number SF 3454 – 3463) attached to a Federal Bureau of Investigation 302 transcribed on June 16, 2004. I have determined that a copy of the notes is also located in the United States Attorney's Office for the District of Massachusetts.

4. These notes are not an attachment to the DEA's Report of Investigation (Initial historical summary debriefing of Stephen J. Flemmi) dated November 19, 2004 and DEA's report of Investigation (Debriefing of defendant Stephen J. Flemmi regarding corruption) dated November 22, 2004.

2

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct.

Executed this 17 day of July, 2009.

_____
DANIEL M. DOHERTY

3

** TOTAL PAGE.03 **