UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Anna M. Litif, *et al.* ) | | |
| ) | | |
| Plaintiffs, ) | | |
| v. ) | Civil Action No. 02-11791-WGY | |
| ) | | |
| United States of America, *et al.* ) | | |
| ) | | |
| Defendants. ) | | |
| The Estate of Deborah Hussey, *et al.*, ) | | |
| ) | | |
| Plaintiffs, ) | | |
| v. ) | Civil Action No. 03-10087-WGY | |
| ) | | |
| United States of America, *et al.* ) | | |
| ) | | |
| Defendants. ) | | |
| The Estate of Debra Davis, *et al.*, ) | | |
| ) | | |
| Plaintiffs, ) | | |
| v. ) | Civil Action No. 02-11911 WGY | |
| ) | | |
| United States of America, *et al.*, ) | | |
| ) | | |
| Defendants. ) | | |

## ORDER

Upon consideration of the United States' Assented to Motion for Entry of Partial Final Judgment Pursuant to Federal Rule of Civil Procedure 54(b), and the record in this matter, it is Hereby,

FOUND that there is no reason for delay in entering final judgment with respect to the Court's Judgment Orders of February 3, 2010 and September 24, 2010, determining that the United States is liable under the Federal Tort Claims Act ("FTCA") for the wrongful deaths of Louis Litif, Debra Davis, and Deborah Hussey, awarding damages to the plaintiffs herein, and sanctioning the United States. The interests of justice, judicial economy, and the interests of the

parties are all served by allowing for an appeal of those February 3, 2010 and September 24, 2010 orders without requiring this Court to decide all of the remaining claims against all remaining defendants. It is therefore,

ORDERED that the motion be and is hereby GRANTED; and it is further ORDERED that the District Court's February 3, 2010 judgments against the United States and September 24, 2010 sanctions order are hereby certified as partial final judgments under Fed. R. Civ. P. 54(b).

October 3, 2011
DATE

Judge William J. Young